**Kevin B. SCHAB, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 05–3096.

United States Court of Appeals, Federal Circuit.

March 15, 2005.

ORDER

Petitioner having filed the required Statement Concerning Discrimination it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief of the date of filing of this order.

**Robert TUTE, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 05–3054.

United States Court of Appeals, Federal Circuit.

March 16, 2005.

ORDER

Order Vacated, See 128 Fed.Appx. 148.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.